UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

- against -

RON TRAUM,

                          Defendant.

------------------------------------- x

**ORDER EXONERATING BAIL**

09 Cr. 505 (CBA)

CAROL BAGLEY AMON, United States District Judge.

WHEREAS, on July 31, 2009, the defendant Ron Traum, along with Brian Katz, Bobby Wasserman and Dov Traum, executed an appearance bond in the amount of $250,000, as a condition of his release pending trial, which bond was secured by real property located at 3778 SW 50 Court, Hollywood, Florida; and

WHEREAS on October 22, 2010, the Court sentenced Ron Traum to three years probation and ordered payment of $2,500 in restitution, a $2,000 fine, and a $100 special assessment; and

WHEREAS on November 29, 2010, Ron Traum fully satisfied these obligations; accordingly, it is hereby

ORDERED that Ron Traum, Brian Katz, Bobby Wasserman and Dov Traum are hereby exonerated of any further obligations and liabilities under the appearance bond, pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure; and it is

ORDERED that the real property used to secure the appearance bond (Lot 157, Maple Ridge Tract A in the County of Broward, State of Florida; also known as lot 157 Tract A

Maple Ridge, parcel identification number 10231-24-15700) need no longer be used as security for such bond; and it is further

ORDERED that Ron Traum, or his agents, may seek to have this property released in accordance with any procedures required by the local authority without any further action required by this Court.

SO ORDERED.

Dated: Brooklyn, New York
December 2, 2010

s/Carol Bagley Amon

THE HONORABLE CAROL BAGLEY AMON
UNITED STATES DISTRICT JUDGE